No. 01–6302. STEVENSON v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6305. WOMACK v. TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–6309. MITCHELL v. BOWMAN, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6311. ROGERS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–6312. STALLONE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–6315. MORO v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 01–6322. PITTS v. SMALLS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6328. ELDER v. TYSON FOODS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6334. HILL v. ADMINISTRATIVE HEARING OFFICER FOR THE CHILD SUPPORT ENFORCEMENT AGENCY OF CUYAHOGA COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6340. HAYES v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6346. JEAN-HENRIQUEZ v. BRYANT ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6349. MILLIGAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–6354. BILAL, AKA BURTON v. DRIVER. C. A. 11th Cir. Certiorari denied.

No. 01–6358. WERTHEIMER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.